**In re TARGET TRAINING INTERNATIONAL, LTD.**

No. 2014–1201.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2014.

Edmund J. Sease, McKee, Voorhees & Sease, P.L.C., of Des Moines, IA, argued for appellant. With him on the brief was Christine Lebrón–Dykeman.

Meredith H. Schoenfeld, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, Scott C. Weidenfeller, Senior Counsel for Patent Law & Litigation, and Joseph Matal, Associate Solicitor.

PROST, Chief Judge, REYNA and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**